**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN PERAZA, an individual, and PEDRO VILLARREAL, an individual

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC.,

Defendant.

Case No. 2:25-cv-00867-KES

*Assigned to the Hon. Karen E. Scott*

**[~~PROPOSED~~] JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff PEDRO VILLARREAL[1] ("Plaintiff") accepted Defendant NISSAN NORTH AMERICA, INC.'s ("Nissan's") Offer of Judgment pursuant to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiff and against Nissan as to Plaintiffs complaint, pursuant to the terms of the Rule 68 Offer as follows: Nissan shall pay the lump sum of $16,000.00 (sixteen thousand dollars and zero cents) to Plaintiff and Plaintiff's counsel within forty-five days from July 21, 2026, the date of Plaintiff's acceptance of the Offer of Judgment. This sum is in compromise of Plaintiff's claims regarding his interest in the 2024 Nissan Frontier, VIN 1N6ED1EK8RN633482 that is the subject of this action.

2. The Court shall retain jurisdiction to enforce the terms of the Rule 68 Offer.

3. Plaintiff will dismiss this action with prejudice within five business days after receiving all payments from Nissan due to Plaintiff and Plaintiff's counsel.

Dated: July 22, 2026

Karen E. Scott

Hon. Karen E. Scott
United States Magistrate Judge

[1] Plaintiff Juan Peraza was dismissed from this action on June 24, 2026, per the Court's Order granting Nissan's Partial Motion for Summary Judgment.